UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **AUTOMATION GUARDING SYSTEMS, LLC,**<br><br>    Plaintiff,<br><br>vs.<br><br>**INDUSTRIAL STEEL GUARDING, LLC,** *et al.*,<br><br>    Defendants. | 2:21-CV-10221-TGB-APP<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

Pending before the Court is Plaintiff Automation Guarding Systems, LLC's Motion for Judgment for Monetary Damages, Treble Damages, Attorneys' Fees, and Costs on its claims for common-law and statutory conversion. (ECF No. 55.) The Court directed Automation Guarding Systems ("AGS") to file this motion in its August 22, 2022 order entering partial summary judgment for AGS. (ECF No. 52, PageID.2290.)

Several claims in AGS's complaint also remain pending, however, including claims for: fraud; fraudulent concealment; breach of fiduciary duties; common-law unfair competition; violation of the Michigan Uniform Trade Secrets Act, MCL § 445.1901 *et seq.*; tortious interference; unjust enrichment; breach of contract; conspiracy; fraudulent transfer; copyright infringement; and violation of the Lanham Act, 15 U.S.C.

1

§ 1125(a). (ECF No. 1, 34.) The deadline for dispositive motions has long passed; it expired on October 12, 2021.

In assessing whether AGS's motion for damages and fees is ripe for adjudication, it would assist the Court to understand the intentions of the parties regarding AGS's remaining claims. Accordingly, the parties are **ORDERED** to submit a joint report regarding the status of these claims and whether they will proceed to trial by **December 1, 2022**.

**IT IS SO ORDERED** this 22nd day of November, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge